# United States District Court
## Violation Notice

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| A51 | F5448903 | NUTTALL | 2578 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☒CFR ☐USC ☐State Code |
|---|---|
| 05/05/25  15:00 | 36 CFR 261.5(A) |

**Place of Offense**
NATIONAL FOREST SYSTEM ROAD 511

**Offense Description: Factual Basis for Charge**   HAZMAT ☐
CARELESSLY OR NEGLIGENTLY THROWING OR PLACING ANY IGNITED SUBSTANCE OR OTHER SUBSTANCE THAT MAY CAUSE A FIRE.

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| ~~NATH~~ LOWELL | CODY | N |

865

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| FLAGSTAFF | AZ | 86004 | /2002 |

| CDL ☐ | D.L. State | Social Security No. |
|---|---|---|
|  | AZ |  |

☒ Adult ☐ Juvenile   Sex ☒ Male ☐ Female   Hair: BRO   Eyes: BRO   Height: 6'00   Weight: 142

**VEHICLE** VIN:   CMV ☐

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|

**A ☒ APPEARANCE IS REQUIRED** — If Box A is checked, you must appear in court. See instructions.

**B ☐ APPEARANCE IS OPTIONAL** — If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____ Forfeiture Amount
+ $30 Processing Fee
**PAY THIS AMOUNT AT →** $ _____ Total Collateral Due
www.cvb.uscourts.gov

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
| 123 N. SAN FRANCISCO ST. SUITE 200  FLAGSTAFF, 86001 | 07/08/2025  Time 08:30 |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature _____

Original - CVB Copy

*F5448903*   FS-5300-4 (1/2021)
Previous edition is obsolete

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on **MAY 5TH**, 20**25** while exercising my duties as a law enforcement officer in the **COCONINO NF** District of **ARIZONA**

**SEE ATTACHED.**

The foregoing statement is based upon:
☐ my personal observation   ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: **05/05/2025**   Officer's Signature: /s/ Nuttall

Probable cause has been stated for the issuance of a warrant.

Executed on: **7/7/2025**   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident



**USDA**
**FOREST SERVICE**

STATEMENT OF PROBABLE CAUSE

CASE NUMBER
F5448903
LOCATION CODE
*A51*

| FOREST | ADDRESS |
|---|---|
| Coconino National Forest | 1824 S Thompson Street, Flagstaff, Az 86001 |

Pursuant to 16 USC 551: While exercising my duties as a United States Forest Service (FS) Law Enforcement Officer (LEO) I, Kyle Nuttall (#2578), was conducting uniformed vehicle patrol in a marked police vehicle with the jurisdiction of the Coconino National Forest, Flagstaff Ranger District, Coconino County, in the Judicial District of Arizona.

On 05/03/2025 at approximately 19:00 hours I responded to a reported wildfire off National Forest System Road (NFSR) 511. As I arrived on scene I observed an approximately half acre fire, creeping and smoldering though pine litter, as well as two smaller spot fires, one was in a stump, the other was in a punky log, both spot fires were located approximately 50 yards towards the northwest of the main fire. Located within the main portion of the fire, I observed a motorhome that had been consumed to its frame by the fire. Surrounding the motorhome, in all directions, I observed both small and large pieces of the motorhome. Through my training and experience, the way the pieces of the motorhome were spread-out, creating a debris field, this was consistent with an explosion. After interviewing three individuals who were shooting nearby in a cinder pit, they stated that they heard two large booms, which to them sounded like an explosion.

I also interviewed two individuals located near the fire who stated that they observed two vehicles leaving the area at a high rate of speed. They informed me that the first vehicle was a black Dodge Ram with three younger occupants, and the second vehicle was a light blue older model Chevrolet pickup with a white ladder rack containing a single occupant and a dog.

On 05/04/2025 FS LEO Roper and FS LEO Young obtain security camera footage from a house on the corner of NFSR 498 and Richfield drive. The footage showed both the black dodge and the blue Chevrolet leaving the area in what appeared to be a high rate of speed.

On 05/04/2025 at approximately 20:41 hours FS LEO Roper, and FS LEO Young, located and conducted a traffic stop on the blue Chevrolet. During the interview with the driver, the driver told FS LEO Young that the driver of the black Dodge was Cody LOWELL and showed FS LEO Young where LOWELL lived.

On 05/05/2025 at approximately 13:00 hours I observed a black Dodge traveling westbound on Mary's Road that matched the description of LOWELL'S truck. Due to the truck matching the description, I activated my emergency lights and conducted a traffic stop. I identified the driver as Cody LOWELL.

During my interview with LOWELL, he admitted to placing two pounds of "Tannerite" within the side compartment of the motorhome and shooting it. LOWELL stated something along the lines as " after I shot it ("Tannerite"), there was immediate fire; we tried to put it out, but it got too big, and we were unable to handle it".

Due to LOWELL admitting to placing an ignited substance and causing a fire. Pursuant to 36 CFR 261.5(a) I issued Cody LOWELL a mandatory appearance for carelessly or negligently throwing or placing any ignited substance or other substance that may cause a fire.

CVB SCAN 05/19/2025 15:21

CVB SCAN 05/19/2025 15:21



**USDA**
**FOREST SERVICE**

**STATEMENT OF PROBABLE CAUSE**

CASE NUMBER
F5448903
LOCATION CODE
*A51*

The foregoing is based upon:
- x   My personal observations.
- x   My personal investigation.
-     Information supplied to me from a fellow officer's observations.
-     Other (explained above).

    I declare under penalty of perjury that the information which I have set forth above and on the face of the Violation Notice is true and correct to the best of my knowledge.

Executed on (Date) 05/05/2025

*Kyle Nuttall*

Law Enforcement Officer
*Kyle Nuttall*

Probable Cause has been stated for the issuance of a summons or a warrant for the arrest of the violator named or identified herein.

7/7/2025
(Date)

(United States Magistrate-Judge)